■ In the Matter of HAROLD REAPE, Appellant, v Ross SANDLER et al., Respondents.—Order, Supreme Court, New York County (Myriam Altman, J.), entered November 22, 1989, which denied petitioner's motion to strike an order of the Appellate Division in the interest of justice, unanimously affirmed, and petitioner's CPLR article 78 petition dismissed, without costs.

No appeal as of right lies from an order made in a proceeding against a body or officer pursuant to article 78 (CPLR 5701 [b] [1]). Concur—Milonas, J. P., Rosenberger, Ellerin and Smith, JJ.